AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Nebraska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  8:26MJ346 |
| | ) | |
| ABRAHAM GONZALEZ-GARCIA, | ) | |
| aka Abram Gonzalez-Garcia | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 1, 2026 _____ in the county of _____ Douglas _____ in the _____ District of _____ Nebraska _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry of a Removed Alien |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Anthony P. Gayden, DO, ICE
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 8/5/2026

_____
*Judge's signature*

City and state:        Omaha, Nebraska        MICHAEL D. NELSON, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF INVESTIGATION )
OF ABRAHAM GONZALEZ-GARCIA ) AFFIDAVIT OF Anthony P. Gayden
)

Anthony P. Gayden, being first duly sworn, hereby states that:

1. Your Affiant is a Deportation Officer for the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), with over sixteen (16) years of federal law enforcement experience, duly appointed according to law and at the time of the events herein was acting in his official capacity.

2. Your Affiant was previously an Immigration Enforcement Agent within ICE that was promoted to a Deportation Officer in 2016. In that capacity your Affiant has had occasion to conduct numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act (INA).

3. Deportation Officers are empowered to interrogate and arrest with or without warrant, any person believed to be an alien in the United States in violation of law, pursuant to Section 287 of the Immigration and Nationality Act (INA) (8 U.S.C. § 1357). This Affidavit is based upon your Affiant's personal knowledge and information provided to him by other law enforcement officers involved in this investigation.

4. This affidavit is being made in support of a criminal complaint and arrest warrant charging **Abraham GONZALEZ-Garcia** with violations of 8 U.S.C. § 1326(a), reentry of removed aliens. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge or investigation into this matter.

5. Abraham **GONZALEZ**-Garcia, aka. Abram **GONZALEZ**-Garcia (hereafter referred to as Defendant) came to the attention of the ICE ERO Omaha Fugitive Operations team while performing at-large operations near the intersection of 32nd street and L Street in Omaha, NE on August 1, 2026.

6. At approximately 6:20 a.m., ICE officers Anthony Gayden, Carl Wisehart, and Andrew Gill observed a blue 2013 Chrysler 200 sedan, with Nebraska license AYT471, parked at the gas pumps of the Quik Trip located at 3201 L St in Omaha, NE.

7. Vehicle registration checks showed that the registered owner is Defendant under the name **Abraham GONZALEZ-Garcia**. Defendant has a final removal order and one prior removal from the United States to Mexico. No record of lawful entries was found. Criminal history checks also revealed a recent arrest for DUI out of Sarpy County, NE. A

photo of Defendant was obtained from ICE databases and officers were able to observe that Defendant was the driver of the vehicle.

8. Based on that information, officers followed for a short distance after it departed the Quik Trip and performed a vehicle stop near the intersection of 24th St and Q street in Omaha, NE. All officers identified themselves as ICE officers and questioned the occupant regarding his identity and immigration status.

9. Defendant freely admitted to ICE officers that he is a citizen of Mexico who is present in the US illegally. Defendant presented officers with a Mexican voter registration card bearing his full name and photo. Defendant admitted to being previously deported from the United States. Based on that information, officers made a warrantless arrest of Defendant for being present in the United States without admission, inspection or parole after a prior deportation.

10. ICE officers transported him to the ICE ERO Omaha office for processing. At the ICE office, biometric checks of his fingerprints confirmed his identity. Video of the arrest was captured on Officer Gayden's and Officer Gill's body worn cameras.

11. Defendant's fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (IAFIS). The IAFIS system compared Defendant's current fingerprint impressions to fingerprint impressions maintained in the database relating to persons who previously had been arrested by DHS or other law enforcement agencies. This comparison revealed that Defendant had been arrested by DHS previously.

12. As a result of the positive match of fingerprints, your Affiant was able to locate a unique alien registration file (A 215 678 810) relating to this Defendant.

13. The Defendant's alien registration file contains photographs, fingerprints and immigration documents identifying defendant as a citizen and national of Mexico who was removed from the United States to Mexico, on April 27, 2018, pursuant to an expedited removal order on April 26, 2018, in Calexico, CA.

14. A search of DHS indices failed to produce any current record of an application for lawful entry or lawful admission into the United States on behalf of the Defendant.

15. Affiant believes there is probable cause that Defendant is in violation of 8 United States Code, Section 1326(a), an alien who is found in the United States after having been removed and who had departed while an order of removal was outstanding and unlawfully re-entered without having obtained the consent of the Secretary of Homeland Security to reapply for admission to the United States.

2

Affiant states that all statements contained in this affidavit are true and correct to the best of his knowledge.

_____
Anthony P. Gayden, Deportation Officer
  Immigration and Customs Enforcement
Affiant


SUBSCRIBED and SWORN to before by telephone or other reliable electronic means on me this 5th day of August, 2026.

_____
HONORABLE MICHAEL D. NELSON
UNITED STATES MAGISTRATE JUDGE
District of Nebraska